OPINION — AG — QUESTION: 26 O.S. 361 [26-361], PROVIDES FOR FOUR OFFICIAL COUNTERS IN EACH ELECTION PRECINCT AND FOR THEIR SELECTION AT A MEETING OF THE PRECINCT ELECTION BOARD ON FRIDAY, PRECEDING EACH ELECTION, THE ELECTION BOARD OF COURSE BEING COMPOSED OF THE INSPECTOR, JUDGE AND CLERK., CAN A PRECINCT REGISTRAR SERVE AS AN OFFICIAL COUNTER AT AN ELECTION ? — NEGATIVE CITE: 51 O.S. 6 [51-6], 26 O.S. 73 [26-73], 26 O.S. 263 [26-263] (FRED HANSEN)